**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1657**

SALAME M. AMR,

        Plaintiff - Appellant,

     v.

VIRGINIA STATE UNIVERSITY; EDDIE N. MOORE, JR.; NASSER
RASHIDI; LARRY C. BROWN; KEITH M. WILLIAMSON,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:07-cv-00628-REP)

Submitted: October 28, 2009     Decided: November 16, 2009

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Salame M. Amr, Appellant Pro Se. Gregory Clayton Fleming, Senior
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salame M. Amr seeks to appeal the district court's order denying his motion to supplement the record for the appeal to this court of his underlying civil case. Because our decision in that appeal has issued, Amr v. Virginia State Univ., No. 09-1184, 2009 WL 2400275 (4th Cir. Aug. 6, 2009) (unpublished), this appeal is now moot. See Incumaa v. Ozmint, 507 F.3d 281, 286 (4th Cir. 2007) (setting forth the principles of appellate mootness). Therefore, we dismiss Amr's appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED